IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SNEED JR.,

    Plaintiff,

v.                                                                                                                                                       No. CV 12-0732 JH/KBM

DR. STEPHEN VAUGHN,

    Defendant.

## ORDER

    This matter is before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's civil rights complaint. Plaintiff is incarcerated, appears pro se, and is proceeding pursuant to 28 U.S.C. § 1915. It appears to the Court that notice and waiver of service forms should be issued for Defendant Vaughn.

    IT IS THEREFORE ORDERED that the Clerk is directed to issue notice and waiver of service forms, with copies of the complaint, for Defendant Vaughn.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE