IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES SNEED JR.,

    Plaintiff,

v.     No. CV 12-0732 JH/KBM

DR. STEPHEN VAUGHN,

    Defendant.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's Prisoner's Civil Rights Complaint; and the Court having entered an order dismissing the complaint with prejudice,

IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Defendant, and this action is DISMISSED.

                                                                         UNITED STATES DISTRICT JUDGE